IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LAMONT FITCH | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv246 |
| UNITED STATES OF AMERICA | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Lamont Fitch, proceeding *pro se*, filed the above-styled lawsuit. This matter was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636 for conclusions of law, and recommendations for the disposition of the case.

Pending before the court is a motion for a preliminary injunction (doc. no. 11). Plaintiff is incarcerated at the United States Penitentiary at Victorville, California ("USP-Victorville"). USP-Victorville is located in another judicial district. It would not be appropriate to grant plaintiff preliminary injunctive relief based on events which occurred in another judicial district and against individuals who are not defendants in this lawsuit. Plaintiff's motion should therefore be denied.

Recommendation

Plaintiff's motion for a preliminary injunction should be denied.

Objections

Within 14 days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained herein within 14 days after service shall bar an aggrieved party from

*de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Services Automobile Association,* 79 F.3d 1415, 1429 (5th Cir. 1996) *(en banc)*; 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 2nd day of June, 2022.

_____
Zack Hawthorn
United States Magistrate Judge