IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LAMONT FITCH | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv246 |
| UNITED STATES OF AMERICA | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Plaintiff Lamont Fitch, proceeding *pro se*, filed this lawsuit.  The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge.  The magistrate judge submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for preliminary injunction filed by plaintiff be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge [Dkt. 13] is ADOPTED as the opinion of the Court.  The motion for preliminary injunction [Dkt. 11] is DENIED.

**SIGNED this 28th day of June, 2022.**

Michael J. Truncale
United States District Judge